# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| v. : | |
| : | VIOLATION: |
| JOSE GEOVANY NATAREN RAMIREZ : | 8 U.S.C. § 1326(a) |
| : | (Reentry of Alien Removed From |
| : | the United States) |
| : | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Mark Tlumacki, being duly sworn, state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a deportation officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax, Virginia. I have been employed with ICE for over six years. During that time, I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Titles 8 and 18 of the United States Code. My duties as a deportation officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Titles 8 and 18 of the United States Code and seeking, when applicable, prosecution and removal of violators.

2. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

3. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to charge Jose Geovany NATAREN RAMIREZ, (hereinafter "NATAREN RAMIREZ") with being found in the United States after having been denied admission, excluded, deported, or removed, and after having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a). This affidavit is also submitted in support of an arrest warrant.

## PROBABLE CAUSE

4. On or about October 15, 2019, ICE received information from the Metropolitan Police Department, ("MPD"), located in Washington, DC, within the District of Columbia, that NATAREN RAMIREZ, an alien, was detained by MPD. ICE performed records checks which confirmed that NATAREN RAMIREZ is a Honduran national who was removed from the United States on or about July 28, 2017, from Alexandria, Louisiana.

5. On or about October 15, 2019, NATAREN RAMIREZ, was fingerprinted by MPD. An electronic copy of NATAREN RAMIREZ's fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed positive matches to NATAREN RAMIREZ, and known aliases, associated with both his Federal Bureau of Investigation (FBI)/Universal Control Number (UCN), and his Alien Registration Number.

6. On or about October 15, 2019, MPD notified ICE of NATAREN RAMIREZ's arrest for the felony offense of Assault With Intent to Kill. NATAREN RAMIREZ is currently charged with the offense of Assault With a Dangerous Weapon in D.C. Superior Court Criminal Case Number 2019 CF3 013243.

7.     I reviewed NATAREN RAMIREZ's alien file, which includes a fully executed ICE Form I-205 (Warrant of Removal/Deportation), bearing NATAREN RAMIREZ's, photograph, and signature.

8.     On November 5, 2019, NATAREN RAMIREZ's fingerprints from prior ICE Form I-205 dated July 28, 2017, and Fingerprint Form FD-249 taken by MPD on October 15, 2019, were submitted to the FBI Latent Print Operations Unit in Quantico, Virginia.  On November 6, 2019, the FBI confirmed that the fingerprint exhibits submitted were an identical match and a positive match to NATAREN RAMIREZ's FBI/UCN number, and the electronic fingerprints on file in the FBI database from previous administrative and criminal encounters.  In addition, using my knowledge, training, and experience, I compared the booking photo taken at arrest by MPD on October 15, 2019, with the I-205 photo, and they appear to be of the same subject.

9.     NATAREN RAMIREZ's alien file lacks evidence of any immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally.  Further, NATAREN RAMIREZ has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

///

///

///

///

///

///

///

## **CONCLUSION**

10. Based on the foregoing, I submit there is probable cause to believe that on or about October 15, 2019, in Washington, DC, within the District of Columbia, NATAREN RAMIREZ, an alien, who was removed from the United States on or about July 28, 2017, from Alexandria, Louisiana, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

_____
Mark Tlumacki
Deportation Officer
United States Immigration and Customs Enforcement

Subscribed and sworn to before me on the \_\_\_\_\_ day of December 2019 in the District of Columbia.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE