AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JOSE GEOVANY NATAREN RAMIREZ<br><br>_Defendant_ | Case No. 19-mj-00301<br>Assigned to: Judge Robin M. Meriweather<br>Assign. Date: 12/5/2019<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Jose Geovany Nataren Ramirez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. Sec. 1326(a) -- Reentry of alien removed from the United States

Date: 12/05/2019

_Issuing officer's signature_

City and state: Washington, D.C.

U.S. Magistrate Judge Robin M. Meriweather
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 5/9/2023, and the person was arrested on _(date)_ 5/10/2023
at _(city and state)_ 8101 N. Stemmons Fwy Dallas, TX 75247

Date: 5/10/2023

_Arresting officer's signature_

Rene Garcia, Deportation Officer
_Printed name and title_

INVESTIGATE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM 4th Flr